**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAA INVESTMENTS, LLC, a Delaware Limited Liability Company; 18150 TIGER, LLC, a Delaware Limited Liability Company; and PACIFIC VENTURE PARTNERS, LLC, a Delaware Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCTION CAPITAL, LLC, a Delaware Limited Liability Company; KEVIN ROBL, an Individual; IBRAHIM MOHAMMED, an Individual; FRIENDS OF PRODUCTION CAPITAL II, LLC, a Delaware Limited Liability Company; BURGEE AND ABRAMOFF, a California Professional Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00498-FWS-MAA_<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FRIENDS OF PRODUCTION CAPITAL II, LLC ONLY [89]** |

///

///

///

# **ORDER**

Having considered and reviewed the Parties' Stipulation for Entry of Dismissal without Prejudice as to Defendant Friends of Production Capital II, LLC Only [89] (the "Stipulation"), filed by Plaintiffs ALTAA INVESTMENTS, LLC; 18150 TIGER, LLC, and PACIFIC VENTURE PARTNERS, LLC (collectively, "Plaintiffs"), and Defendant FRIENDS OF PRODUCTON CAPITAL II, LLC ("FOPC II"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiffs' claims for relief against FOPC II in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**; and
2. Plaintiffs and FOPC II shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: May 11, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT