**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAA INVESTMENTS, LLC, 18150 TIGER, LLC, AND PACIFIC VENTURE PARTNERS, LLC, | Case No. 2:22-cv-00498-FWS-MAA |
| Plaintiffs, | Assigned to Hon. Fred W. Slaughter |
| v. | **JUDGMENT** |
| IBRAHIM MOHAMMED, *et al*., | |
| Defendants. | |

From June 13, 2023, to June 28, 2023, the court held a trial in this matter in Courtroom 10D of the United States District Court, Central District of California, the Honorable Fred W. Slaughter presiding.  (Dkt. 154, 156, 171, 172, 174, 184, 185, 188, 189.)  Plaintiffs Altaa Investments, LLC, 18150 Tiger, LLC, and Pacific Venture Partners, LLC appeared by and through their attorneys of record, Mohammad Keshavarzi and David Dworsky, and Defendant Ibrahim Mohammed appeared by and through his attorneys of record, John Rushing, Ryan McCarl, and Davit Avagyan.  (*See generally* Dkt.)  On June 28, 2023, the jury returned a verdict in favor of Plaintiffs on their claim for intentional misrepresentation.  (Dkt. 196.)  On June 29, 2023, Plaintiffs lodged a proposed Final Judgment.  (Dkt. 207.)  On July 2, 2023, Defendant filed Objections to Plaintiff's proposed Final Judgment ("Objections").  (Dkt. 210.)  Having considered Defendant's Objections, the court **OVERRULED** the Objections.  (Dkt. 212.)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claim for intentional misrepresentation, having been adjudicated in favor of Plaintiffs, Plaintiffs are awarded the following damages against Defendant Ibrahim Mohammed:

- **$728,333.20** for Plaintiff Altaa Investments, LLC
- **$595,000.00** for Plaintiff 18150 Tiger, LLC
- **$345,454.20** for Plaintiff Pacific Venture Partners, LLC

The Court **ORDERS** that Plaintiffs are the prevailing party and are entitled to pre and post judgment interest and costs according to law.

**IT IS SO ORDERED.**

Dated: July 14, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-2-