1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALTAA INVESTMENTS, LLC, 18150
TIGER, LLC, AND PACIFIC
VENTURE PARTNERS, LLC

Plaintiffs,

v.

IBRAHIM MOHAMMED, *et al*.,

Defendants.

Case No. 2:22-cv-00498-FWS-MAA

**AMENDED JUDGMENT**

///

///

///

1    From June 13, 2023, to June 28, 2023, the court held a trial in this matter in

2    Courtroom 10D of the United States District Court, Central District of California,

3    the Honorable Fred W. Slaughter presiding.  (Dkt. 154, 156, 171, 172, 174, 184,

4    185, 188, 189.)  Plaintiffs Altaa Investments, LLC, 18150 Tiger, LLC, and Pacific

5    Venture Partners, LLC appeared by and through their attorneys of record,

6    Mohammad Keshavarzi and David Dworsky, and Defendant Ibrahim Mohammed

7    appeared by and through his attorneys of record, John Rushing, Ryan McCarl, and

8    Davit Avagyan.  (*See generally* Dkt.)  On June 28, 2023, the jury returned a verdict

9    in favor of Plaintiffs on their claim for intentional misrepresentation.  (Dkt. 196.)  On

10   July 14, 2023, the court entered final Judgment in Plaintiffs' favor.  (Dkt. 213.)

11   The court's Judgment ordered that Plaintiffs are the prevailing party and are entitled

12   to pre and post judgment interest and costs according to law.  (*Id*.)

13   On August 11, 2023, Plaintiffs requested that the court revise the Judgment to

14   include the specific amounts of prejudgment interest and costs awardable to

15   Plaintiffs.  (Dkt. 215.)  Having considered Plaintiffs' request, the court hereby issues

16   an amended Judgment including the specific amounts of prejudgment interest and

17   costs that Plaintiffs are entitled to as the prevailing party.

18   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that based on

19   Plaintiffs' claim for intentional misrepresentation, having been adjudicated in favor

20   of Plaintiffs, Plaintiffs are awarded the following damages against Defendant

21   Ibrahim Mohammed:

22   - **$728,333.20** for Plaintiff Altaa Investments, LLC

23   - **$595,000.00** for Plaintiff 18150 Tiger, LLC

24   - **$345,454.20** for Plaintiff Pacific Venture Partners, LLC

25

26   The court further **ORDERS** that Plaintiffs are the prevailing party and are

27   entitled to pre and post judgment interest and costs according to law.  Prejudgment

28   interest shall be awarded as follows:

- **$97,776.24** for Plaintiff Altaa Investments, LLC
- **$87,180.04** for Plaintiff 18150 Tiger, LLC
- **$46,376.04** for Plaintiff Pacific Venture Partners, LLC

Post-judgment interest shall be awarded at the rate proscribed in 28 U.S.C. § 1961.

Costs shall be awarded as follows:

- **$28,251.24** for Plaintiffs

**IT IS SO ORDERED**.

Dated:  December 13, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: FISCAL